130 Livingston Street  Veronique Hakim
Brooklyn, NY  11201    President
(718) 694-3989



Office of the Vice President & General Counsel
(718) 694-3989

July 19, 2016

**<u>Via ECF Filing</u>**

The Honorable Vera M. Scanlon
Magistrate Judge
United States District Court for the
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

  Re: *Josiah v. New York City Transit Authority, et al.*, 16-cv-00642(JBW)(VMS)

Dear Judge Scanlon:

  This office represents defendants in the above-referenced matter.  Pursuant to the Court's June 29, 2016 Order, the parties write jointly to report on the status of discovery.

  Counsel for the parties have been working diligently and cooperatively in this matter.  Document and written discovery are complete and the parties are in the process of scheduling depositions as well as independent medical examinations of plaintiff.  Counsel have met and conferred several times, including today.  At this time, there are no outstanding discovery disputes.  The parties do not currently anticipate any difficulty completing discovery within the time limits set forth in the Court's Scheduling Order.

  We appreciate Your Honor's attention to this matter.

           Respectfully submitted,

          <u>*/s/ James L. Kerwin*</u>
          Attorney for Defendants

          <u>*/s/ Michael J. Redenburg*</u>
          Attorney for Plaintiff