IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HANNAH JOSIAH,

            **Plaintiff,**

v.

NEW YORK CITY TRANSIT AUTHORITY (TA) and THE MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY (MABSTOA).

            **Defendants.**

**NOTICE OF CHARGING LIEN**

Civ. No.: 16- 642 (JBW)(VMS)

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby asserts a Charging Lien upon any future settlement, verdict or recovery in this matter.

Dated:  December 20, 2016
         New York, NY

                                              s/Michael Redenburg_____
                                              Michael J. Redenburg (NY #MR4662)
                                              MICHAEL J. REDENBURG, ESQ. PC
                                              11 Park Place, Suite 817
                                              New York, NY 10007
                                              mredenburg@mjrlaw-ny.com
                                              1-212-240-9465 (Phone)
                                              1-917-591-1667 (Fax)

To:    Joseph M. Stancati, Esq. (Via ECF)
         James Kerwin, Esq. (Via ECF)